ACCEPTED
04-14-00750-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/23/2015 5:00:38 PM
KEITH HOTTLE
CLERK

## No. 04-14-00750-CV

| | | |
|---|---|---|
| **Lucas James Knight** | § | **IN THE FOURTH** |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **HOLLY SUE TAYLOR,** | § | |
| **Appellee.** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/23/2015 5:00:38 PM
KEITH E. HOTTLE
Clerk

## IN THE INTEREST OF W.M.T.K.

From the 25th Judicial District Court, Guadalupe County, Texas

Trial Court No. 10-0141-CV

Honorable William Old, Judge Presiding

## APPELLANT'S MOTION TO EXTEND

## TIME TO FILE APPELLANT'S BRIEF

Appellant asks the Court to extend the time to file his brief.

### A. INTRODUCTION

1. Appellant is Lucas James Knight; appellee is Holly Sue Taylor.

2. This motion is filed within the 15-day period to file a motion to extend the time to file the brief, as required by TRAP 38.6(d).

### B. ARGUMENT & AUTHORITIES

3. The Court may grant an extension of time under TRAP 38.6(d).

4. The deadline to file was set for January 23. 2015 by the Court's Order with the brief being originally due January 7, 2015.

5. Appellant requests an additional fourteen days to file brief, extending the time until February 6, 2015.

6. No extension has been granted to extend the time to file the brief.

7. Appellant needs additional time to file the brief, because Appellant has been unable to pay the attorney fees and cost to file the brief or hire substitute counsel to prosecute his appeal. Counsel herein was mistaken that the Appellant would retain other counsel to prosecute his appeal.

## C. CONCLUSION

8. Appellant's failure to file his brief timely was not intentional, deliberate but the result inadvertence, mistake, or mischance.

## D. PRAYER

9. For these reasons, Appellant asks the Court to grant an extension of time to file brief until February 6, 2015.

Respectfully submitted,

Anthony L. Smith
208 E. Central Ave., Suite 104
Belton, TX 76513
Tel: (254) 933-2400
Fax: (254) 933-2405

By: _____
        Anthony L. Smith
        State Bar No. 00788793
        justice@anthonysmithlaw.net
        Attorney for Counterpetitioner

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 23, 2015.

_____
Anthony L. Smith
Attorney for Counterpetitioner